Submitted February 28; award of restitution reversed, remanded for resentencing, otherwise affirmed March 23, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

INGRID ISABELLE LEGORE,
*Defendant-Appellant.*

Multnomah County Circuit Court
19CR39866; A172966

507 P3d 354

Shelley D. Russell, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sarah De La Cruz, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Powers, Judge, and Hellman, Judge.

PER CURIAM

Award of restitution reversed; remanded for resentencing; otherwise affirmed.

**PER CURIAM**

Defendant, who was convicted of second-degree criminal mischief, ORS 164.354, appeals that judgment of conviction along with an award of $210 in restitution to the victim of the offense. We reject three of defendant's four assignments of error without discussion, addressing only her argument that the record did not establish that the victim sustained an economic loss of $210. The state concedes the error. Any discussion of the details of this matter would not benefit the bench, the bar, or the public. We agree with and accept the state's concession.

Award of restitution reversed; remanded for resentencing; otherwise affirmed.